IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:24-CR-0068-D

| UNITED STATES OF AMERICA, | ORDER |
|---|---|
| v. | |
| PARKER ALLEN GIBSON | |

Before the Court for consideration is Defendant's Motion to Modify the Conditions of Release. Based upon good cause shown, and with the government's consent, Defendant's Motion is ALLOWED.

It is therefore ORDERED that the Conditions of Release shall be and are hereby modified to allow Mr. Gibson to travel in the Middle District of North Carolina, in addition to the Eastern District of North Carolina, as set forth in the March 13, 2024 Release Order at D.E. 11.

It is further ORDERED that all other conditions in the Order Setting Conditions of Release [D.E. 11] remain unchanged and in full effect.

SO ORDERED this 22 day of March, 2024.

HON. JAMES C. DEVER III
U.S. DISTRICT COURT JUDGE